479 A.2d 1110

Commonwealth v. Whiteside, Appellant.

Submitted May 18, 1984. Charles Whiteside, appellant, in propria persona; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

479 A.2d 1111

Commonwealth v. Zanders, Appellant.

Petition for Allowance of Appeal
Denied Feb. 14, 1985.

Submitted February 27, 1984. Paulette J. Balogh, Assistant Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.